# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-258-364**

**Effective Date of Registration:**
July 05, 2016

## Title
- **Title of Work:** Removed
  **Volume**: 1
  **Date on Copies**: February 2015

- **Series Title:** Removed

## Completion/Publication
- **Year of Completion:** 2015

## Author
- **Author:** Eric Allen Pickersgill
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Eric Allen Pickersgill
  609 Pecan Ave, Charlotte, NC, 28204, United States

## Rights and Permissions
- **Name:** Eric Allen Pickersgill
  **Email:** ericpickersgill@gmail.com
  **Telephone:** (704)806-0863
  **Address:** 609 Pecan Ave
  Charlotte, NC 28204 United States

## Certification
- **Name:** Eric Pickersgill
  **Date:** July 05, 2016



**Copyright Office notes:**   Basis for Registration: Unpublished collection