IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC PICKERSGILL,<br>    Plaintiff,<br><br>v.<br><br>ROBERT B NEELY and INSPIRE MORE LLC,<br>    Defendants. | §<br>§<br>§<br>§   Civil Action No.: 3:21-CV-0773-X<br>§<br>§<br>§<br>§ |

### ORDER

By order of reference filed March 24, 2022, before the Court are *Plaintiff's Opposed Motion to Overrule Objections and Compel Responses to Discovery*, filed March 22, 2022 (doc. 40), and and the *Joint Submission Regarding Discovery Dispute*, filed April 8, 2022 (doc. 44). An oral argument concerning the motion, as narrowed by the parties in their joint submission, was conducted on the record on April 15, 2022, and all parties appeared through counsel.

After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion to compel the defendant to fully respond to Interrogatory No. 5 and Request for Production No. 22 is **GRANTED**. The defendant must fully respond to these discovery requests within 21 days of the date of this order, unless otherwise agreed by the parties in writing. The motion for attorney's fees is **DENIED**. All relief not specifically awarded is denied.

**SO ORDERED** on this 15th day of April, 2022.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE